Lindsay Hutner (SBN CA 238998)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Lindsay.Hutner@gtlaw.com

Bailey Hashim (SBN CA 322098)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
Bailey.Hashim@gtlaw.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC erroneously sued as
AMAZON.COM SERVICES, LLC

Vache Thomassian
Caspar Jivalagian
Levon Shant Yepremian
KJT LAW GROUP, LLP
230 N. Maryland Avenue, Suite 306
Glendale, CA 91206
Telephone: (818) 507.8525
Facsimile: (818) 507.8588
vache@kjtlawgroup.com
caspar@kjtlawgroup.com
levon@kjtlawgroup.com

Attorneys for Plaintiff
ALONDRA MCGUIRE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ALONDRA McGUIRE, individually and on behalf of other aggrieved employees,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC, a Delaware business organization; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:24-cv-02746-WBS-AC

**STIPULATION AND ORDER TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Date: March 10, 2025
Time: 1:30 pm
Judge: Hon. William B. Shubb
Courtroom: 5

Removal Date: October 3, 2024

Plaintiff Alondra McGuire ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant" and with Plaintiff, the "Parties"), by and through their attorneys of record in this case, stipulate and agree as follows:

WHEREAS, on August 23, 2024, Plaintiff filed the Complaint in this matter in the Superior Court of California, County of Sacramento;

WHEREAS, on October 3, 2024, Defendant removed the case to the United States District Court for the Eastern District of California;

WHEREAS, on November 6, 2024, this Court set the Initial Scheduling Conference for March 10, 2025;

WHEREAS, on November 6, 2024, this matter was assigned to the Honorable William B. Shubb;

WHEREAS, Federal Rules of Civil Procedure rule 16(b)(4) permits a pretrial conference schedule to be modified upon a showing of good cause and with the judge's consent; and

WHEREAS, good cause exists to reschedule the Initial Scheduling Conference as Defendant's counsel is unavailable to attend the Initial Scheduling Conference scheduled for March 10, 2025, as lead counsel, Lindsay Hutner, has an arbitration hearing scheduled from March 10 to March 21, 2025, and then will then be out of the country for a pre-planned vacation, and counsel, Bailey Hashim, begins maternity leave on March 3, 2025.

NOW, THEREFORE, by and through their respective counsel of record, the Parties hereby stipulate and agree as follows:

(1) The Initial Scheduling Conference currently scheduled for March 10, 2025, shall be continued to April 10, 2025, at 1:30 p.m., or a date and time thereafter at the Court's convenience; and

(2) The Parties shall file a Joint Scheduling Report one week before the new conference date.

Dated: February 28, 2025

GREENBERG TRAURIG, LLP

By: /s/ Bailey Hashim
Lindsay Hutner
Bailey Hashim
Attorneys for Defendant
AMAZON.COM SERVICES LLC erroneously sued as
AMAZON.COM SERVICES, LLC

Dated: February 28, 2025

KJT LAW GROUP, LLP

By: /s/ Levon Yepremian (*with authority*)
Vache Thomassian
Caspar Jivalagian
Levon Shant Yepremian

Attorneys for Plaintiff
ALONDRA MCGUIRE

**ATTESTATION**

I, Bailey Hashim, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reset the Initial Scheduling Conference. I hereby attest that Levon Yepremian, on whose behalf this filing is jointly submitted, has concurred in this filing.

/s/ Bailey Hashim
Bailey Hashim

**ORDER**

Pursuant to the above Stipulation, and good cause appearing, it is hereby ordered as follows:

1. The Initial Scheduling Conference currently set for March 10, 2025, is continued to **May 19, 2025 at 1:30 p.m.** in Courtroom 5 of the United States District Court for the Eastern District of California, Sacramento Division;

2. The parties shall file joint status report no later than **May 5, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 6, 2024 (Docket No. 10).

**IT IS SO ORDERED.**

Dated: February 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE