Lindsay Hutner (SBN CA 238998)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Lindsay.Hutner@gtlaw.com

Daniel S. Smith (SBN CA 312330)
GREENBERG TRAURIG, LLP
12830 El Camino Real, Suite 350
San Diego, California 92130
Telephone: 619.848.2500
Facsimile: 619.393.0877
Daniel.Smith@gtlaw.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC erroneously sued as
AMAZON.COM SERVICES, LLC

Vache Thomassian
Caspar Jivalagian
Levon Shant Yepremian
KJT LAW GROUP, LLP
230 N. Maryland Avenue, Suite 306
Glendale, CA  91206
Telephone: (818) 507.8525
vache@kjtlawgroup.com
caspar@kjtlawgroup.com
levon@kjtlawgroup.com

Attorneys for Plaintiff
ALONDRA MCGUIRE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA McGUIRE, individually,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware business organization; and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. 2:24-cv-02746-WBS-AC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)**<br><br>State Action Filed:    August 23, 2024<br>Removal Date:        October 3, 2024 |

1

**ORDER**

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT CASE NO.  2:24-cv-02746-WBS-AC IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs

Dated:  April 6, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE